UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ANN COLVIN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | CASE NO. CV 14-4502 AGR<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: July 16, 2015

　　　　　　　　　　　　　　　　　　　　　　／s／ Alicia G. Rosenberg
　　　　　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge